IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELLY BOLOGNA, | ) |
| | ) |
| Plaintiff, | ) CIV 10-01017 PHX NVW MEA |
| | ) |
| v. | ) REPORT AND RECOMMENDATION |
| | ) |
| JAMES BAIRD, | ) |
| | ) |
| Defendant. | ) |

Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983 on May 10, 2010, alleging Defendant Baird is liable to him for violation of Plaintiff's constitutional rights while incarcerated. Plaintiff alleges Defendant Baird violated his Eighth Amendment rights by being deliberately indifferent to Plaintiff's serious medical needs. The complaint seeks compensatory and punitive damages.

In an order filed June 8, 2010, the Court granted Plaintiff's motion to proceed *in forma pauperis* and ordered Defendant to answer the complaint. Defendant has not been served nor answered or otherwise responded to the complaint.

Plaintiff filed a First Amended Complaint on June 16, 2010. See Docket No. 7. Prior to 2009, Rule 15(a), Federal Rules of Civil Procedure, allowed a plaintiff to amend their complaint once as a matter of course at any time prior to the service of a "responsive pleading." The rule now provides that

a plaintiff may amend their complaint once without leave of the Court "within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."

Defendant has not been served and no responsive pleading has been filed. Accordingly,

**IT IS RECOMMENDED that** the First Amended Complaint at Docket No. 7 be **dismissed without prejudice**.

DATED this 21st day of July, 2010.

_____
Mark E. Aspey
United States Magistrate Judge