# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kelly Bologna, | No. CV-10-1017-PHX-NVW (MEA) |
| Plaintiff, | **ORDER** |
| v. | |
| James Baird, | |
| Defendant. | |

Pending before the court is the Report and Recommendation ("R&R") of Magistrate Judge Aspey (doc. 9) regarding Plaintiff's Amended Complaint (doc. 7). The R&R recommends that the action be dismissed without prejudice for failure of service of process. No objections were filed.

Because the parties did not file objections, the court need not review any of the Magistrate Judge's determinations on dispositive matters. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection.").

Notwithstanding the absence of an objection, the court has reviewed the R&R and finds that it is well taken. The court will accept the R&R and dismiss the action. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

IT IS THEREFORE ORDERED that Report and Recommendation of the Magistrate

Judge (doc. #9) is accepted.

IT IS FURTHER ORDERED that the Clerk of the Court enter judgment dismissing this action without prejudice. The Clerk shall terminate this action.

DATED this 13th day of August, 2010.

Neil V. Wake
United States District Judge