IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kelly Bologna,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>James Baird,<br><br>　　　　Defendant. | No. CV10-1017-PHX-NVW-MEA<br><br>**ORDER** |

　　Pending before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Aspey (doc. 9) regarding Plaintiff's Amended Complaint (doc. 7). The R&R recommends that the Amended Complaint be dismissed without prejudice.

　　Because the parties did not file objections, the court need not review any of the Magistrate Judge's determinations on dispositive matters. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection.").

　　Notwithstanding the absence of an objection, the court has reviewed the R&R and finds that it is well taken. The court will accept the R&R and dismiss the action. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

1   IT IS THEREFORE ORDERED that the Report and Recommendation of the
2 Magistrate Judge (doc. #9) is accepted.
3   IT IS FURTHER ORDERED that the Amended Complaint (doc. 7) is dismissed
4 without prejudice.  This action will proceed on the Complaint (doc. 1).
5   DATED this 22nd day of November, 2010.

_____
Neil V. Wake
United States District Judge